746 A.2d 1116

**In re Nominating Petition of Matt DROZD.**

**Appeal of Matt Drozd.**

Supreme Court of Pennsylvania.

Submitted March 3, 2000.

Decided March 23, 2000.

Matt Drozd, pro se.

John J. Connelly, Jr., Harrisburg, Richard L. Dahlen, Camp Hill, for Judith A. Lanke.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2000, the order of the Commonwealth Court is affirmed.